1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030

4  Tel:  626-799-9797
   Fax:  626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiffs
   Joe Hand Promotions, Inc.

7

8                   UNITED STATES DISTRICT COURT

                             FOR THE
9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  J & J Sports Productions, Inc.,        CASE NO. CV 09-01037 SI

12           Plaintiff,                     PLAINTIFF'S *EX PARTE*
                                            APPLICATION FOR AN ORDER
13                                          VACATING THE CASE
         vs.                                MANAGEMENT CONFERENCE; AND
14                                          ORDER (Proposed)

15  Romarico Salvador Miranda, et al.

16           Defendant.

17  _____

18

19        Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order vacating the Case

20  Management Conference in this action, presently set for Friday, August 21, 2009 at 2:30 p.m.  This

21  request will be, and is, necessitated by the fact that sole defendant Romarico Salvador Miranda is in

22  default and Plaintiff's Application for Default Judgment is presently pending before the Court

23        As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive

24  pleading from the defendant.  As a result, Plaintiff's counsel has not conferred with the defendant

25  concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the

26  case itself or the preparation of a Case Management Conference Statement.

27  ///

28  ///

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING
THE CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)
CASE NO. CV 09-01037 SI
PAGE 1

1    **WHEREFORE**, Plaintiff respectfully requests that this Honorable Court vacate the Case

2    Management Conference presently scheduled for Friday, August 21, 2009 at 2:30 p.m. in order that

3    Plaintiff and its counsel may avoid necessary fees and costs in this matter presently pending final

4    disposition by virtue of Plaintiff's Application for Default Judgment by the Court.

5

6

7                                                        Respectfully submitted,

8

9

10

11   Dated: August 11, 2009,                             /s/ Thomas P. Riley
                                                          _____
                                                          **LAW OFFICES OF THOMAS P. RILEY, P.C.**
12                                                        By: Thomas P. Riley
                                                          Attorneys for Plaintiff
13                                                        J & J Sports Productions, Inc.

14

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING**
**THE CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**
**CASE NO. CV 09-01037 SI**
**PAGE 2**

## ORDER (Proposed)

It is hereby ordered that the Case Management Conference in civil action number CV 09-001037 styled *J & J Sports Productions, Inc.  v. Romarico Salvador Miranda, et al*., is hereby vacated.

Plaintiff shall also serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

Hearing on motion for default judgment set for 9/11/09 @ 9 a.m.

**IT IS SO ORDERED**:

_____     Dated:_____
**THE HONORABLE SUSAN ILLSTON**
**United States District Court**
**Northern District of California**

///
///
///
///
///
///
///
///
///
///
///
///
///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING**
**THE CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**
**CASE NO. CV 09-01037 SI**
**PAGE 3**

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On August 11, 2009, I served:

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING THE CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Romarico Salvador Miranda (Defendant)
63 Saint Francis Square
Daly City, CA 94015

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this declaration was executed on August 11, 2009, at South Pasadena, California.

Dated:  August 11, 2009                    */s/ Maria Baird* _____
                                                        **MARIA BAIRD**

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING THE CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed) CASE NO. CV 09-01037 SI PAGE 4**