IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | No. C 09-1037 SI |
| Plaintiff, | **ORDER RE: PLAINTIFF'S MOTION FOR ATTORNEYS' FEES** |
| v. | |
| ROMARICO S. MIRANDA, d/b/a WEDGE BAR & RESTAURANT, | |
| Defendant. | |

The Court has reviewed the Declaration of Plaintiff's Counsel Regarding Attorneys' Fees and Costs Following Hearing on Plaintiff's Application for Default Judgment by the Court. (Docket No. 19). Counsel seeks fees at a "blended rate" of $400 per hour, which he calculates by adding his rate of $300 per hour to a paralegal rate of $100 per hour. The Court is not aware of any authority supporting such a methodology for calculating a "blended" rate, which would simply increase the cost of all time spent by any legal worker.

The Court directs plaintiff's counsel to file a supplemental declaration separately documenting the time spent by counsel (at $300 per hour) and time spent by a paralegal (at $100 per hour). The supplemental declaration shall be filed no later than **October 26, 2009**.

**IT IS SO ORDERED.**

Dated: October 20, 2009

SUSAN ILLSTON
United States District Judge