**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | No. C 09-1037 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ROMARICO S. MIRANDA, d/b/a WEDGE BAR & RESTAURANT, | |
| Defendant.      / | |

Default judgment is hereby entered in favor of plaintiff and against defendant in the amount of $4,372.83.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: November 16, 2009

_____
SUSAN ILLSTON
United States District Judge